# EXHIBIT B

# DocWild Inc

## Corporate Information

**Entity Id:** 00497946

**Entity Type:** Corporation

**Status:** Good Standing

**Domestic/Foreign:** Domestic

**Incorporated State:** South Carolina

## Important Dates

**Effective Date:** 10/15/2015

**Expiration Date:** N/A

**Term End Date:** N/A

**Dissolved Date:** N/A

## Registered Agent

**Agent:** FRANK M HAYNIE

**Address:** 1469 FLORAWOOD DR
COLUMBIA, South Carolina 29204

### Official Documents On File

| Filing Type | Filing Date |
|---|---|
| Conversion of a Limited Liability Company to a Corporation | 10/04/2022 |
| Organization | 10/15/2015 |

### Former Names

| Name | Filing Date |
|---|---|
| DOCWILD'S LLC | 10/20/2015 |



Copyright © 2026 State of South Carolina