**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**
**CASE NO. 3:26-CV-03590-RMG-WSB**

| | | |
|---|---|---|
| **FRANK M. HAYNIE and DOCWILD LLC,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**TRUIST FINANCIAL CORPORATION, TRUIST BANK, and JANE DOE, individually and as Branch Manager,**<br><br>**Defendants.** | ) | **TRUIST'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** |

Pursuant to Local Rule 26.01 of the U.S. District Court Local Civil Rules, Truist Bank and Truist Financial Corporation (collectively, "Truist"), reserving its right to compel arbitration, respectfully submits the following answers to the Court's standard interrogatories as follows:

**A. State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.**

ANSWER: Truist is not aware of any persons or entities who may have a subrogation interest in the asserted claims.

**B. As to each claim, state whether it should be tried jury or nonjury and why.**

ANSWER: Nonjury. The claims at issue are subject to mutual arbitration agreement, and, in addition, a jury trial waiver.

**C. State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each**

**publicly owned company in which the party owns ten percent or more of the outstanding shares.**

ANSWER: Truist Bank is not a publicly owned company.

(1) Truist Bank is a wholly-owned subsidiary of Truist Financial Corporation, the stock of which is publicly traded under the symbol "TFC."

(2) There is no publicly traded corporation that owns 10% or more of the stock of Truist Financial Corporation.

(3) Truist Financial Corporation is the sole parent company of Truist Bank.

**D. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).**

ANSWER: This case was initially filed in the Court of Common Pleas of Richland County, South Carolina and removed to this Court by Truist.

**E. Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.**

ANSWER: No.

**F. [Defendants only.] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.**

ANSWER: Truist Bank and Truist Financial Corporation are properly identified.

**G. [Defendants only.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.**

ANSWER: Plaintiffs' Complaint alleges the existence of several fraudulent transactions by third parties over technological platforms, including without limitation Zelle. Truist submits those individuals may be liable to Plaintiffs or Truist. Truist's investigation remains ongoing and reserves the right to amend or supplement its response.

**H. Parties or Intervenors in a Diversity Case. In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).**

ANSWER: Based upon Plaintiffs' allegations, Plaintiffs are residents of South Carolina. Truist Bank is a state-chartered bank organized under the laws of North Carolina, with its headquarters and principal place of business located in Charlotte, North Carolina. Therefore it is a citizen of North Carolina for the purposes of diversity jurisdiction. Truist Financial Corporation is a corporation organized and existing under the laws of the State of North Carolina with its principal place of business in Charlotte, North Carolina. Therefore it is a citizen of North Carolina for the purposes of diversity jurisdiction.

Respectfully submitted, this 20th day of August, 2026.


/s/ G. Wade Leach, III
G. Wade Leach, III (Fed. ID No. 13412)
BURR & FORMAN LLP
1221 Main Street, Suite 1800 (29201)
PO Box 11390 (29211)
Columbia, South Carolina
T: (803) 753-3256
F: (803) 933-1438
Email: wleach@burr.com
*Attorney for Defendants*
TRUIST BANK AND TRUIST FINANCIAL CORPORATION

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 20, 2026, a true and correct copy of the foregoing **NOTICE OF REMOVAL** will be served on the following parties at the address indicated below by US Mail, postage prepaid:

Frank M. Haynie
1469 Florawood Drive
Columbia, SC 29204

DocWild, Inc. f/k/a DocWild's LLC
c/o Registered Agent Frank M. Haynie
1469 Florawood Drive
Columbia, SC 29204

*/s/ G. Wade Leach, III*
G. Wade Leach, III (Fed. ID No. 13412)