DOCWILD
DESIGN/BUILD CONTRACTORS

Exhibit A

2/9/26

Bill Rogers CEO
Truist Financial Center
214 N Tryon St
Charlotte, NC 28202

Truist has put me in a hell of a bind! The first of the year I fell & broke my leg. Being a hemophiliac, I was laid up for 3 wks taking infusion therapy prepping my blood before the surgery that happened last week. I have been on my back, in a brace & unable to access my computer (& will be for another 2 months). I received the attached Truist letter dated 1/30, yesterday, giving notice my credit line was suspended even though I have been in touch with the bank several times in past 2 months trying to access my records. It appears Truist terminated my overdraft protection at the same time. Truist keeps blocking access (due to fraud concerns) & I couldn't determine what was going on. I tried 3 times last Thursday but never got through.

To be clear, I have made mistakes as well. In particular, 1/26/26, I transferred $5,000 from my business acct to our House account to cover the influx of medical charges, which triggered the problems in my business account. As you are free to assume, being 80yrs old & on narco meds is not the time for financial decisions, but it's done.

This culminates a very bad year. Since I can't access my records, this is from memory. About 3/20/25 I visited the branch because I had a couple returned checks, that should have been paid & I was locked out of my accounts. It was at that time the branch advised they had blocked several thousand dollars of fraudulent Zelle transactions that had nothing to do with me. Supposedly everything was repaired. A bit later they blocked several fraudulent wire transfers but didn't advise me, and blocked access again. Unfortunately the fraudster then attacked my brokerage account and was able to wire out $15,000 to 3 NY accounts. I had no idea any of this was happening because Truist didn't see the need to advise me. It was Schwab that alerted me.

The net result was all of personal my accounts were transferred to new accounts, I had to get new phones and phone numbers and, pretty much, changed everything except my name and Social Security number. That set up a four month litany of complications with my bill payment process. A month later my business accounts were hit & I had to change them as well. Further complicating the issue, there was no one in the branch to help. I was forced to go to Ms. Hanberry, at the Five Points branch.



Doc@DocWild.com
1469 Florawood Dr.
Columbia, SC
29204
(803) 238-0757

She ultimately became my point of contact for everything & she can confirm the difficulties we had.

I complained to her a couple times that it appeared that Truist threw my 20 year history with the bank in the toilet and I was routinely treated as if I were a less than satisfactory new client. In that 20 year, I never had any problems, no bounced checks, no missed payments, no nothing, I was a favored client. I like telling the story of when Frankie, the branch manager, deposited $150,000 into my account to buy a house for my daughter the day after I asked for a short term loan, no questions asked (the good old days).

This turn of events adds insult to the injuries we endured for which Truist was ultimately responsible. I think you owe us an apology, not this.

Regards,

FM Haynie

Cc: Truist SC Midcoast, Retail Loan Specialist

DOCWILD
DESIGN/BUILD CONTRACTORS

Exhibit B

4/26/26

Bill Rogers CEO
Truist Financial Center
214 N Tryon St
Charlotte, NC 28202

RE: 2nd letter ACCT-DocWild 1410020648942

It appears my 1st letter didn't get a response & things have deteriorated. When our accounts were attacked last March, we were required to change all accounts numbers, buy new phones & change phone numbers, UIDs, passwords, etc. I would think you would understand the impact of changing a business phone number you have used for 30+ years. The only calls I get now are from salesmen or con artists.

One of the protections we put in place was that all Zelle transactions were to be blocked since, at the time, about $20,000 of fraudulent Zelle transactions were at the heart of the hack. In the previous letter, I alerted you to the fact that a fraudulent Zelle transaction came through before Xmas. These things should be easy for the bank since you are one of the founding partners of Zelle.

Last Thursday, I received a Truist fraud alert which turned out to be Zelle. I have been routinely locked out of our accounts, so I was flying blind when discussing it with the Truist agent. He reversed an $800 transaction & advised me to check my account later to confirm the transaction was erased. Yesterday I did that. After a 2-hour exercise to regain access, I discovered there were 8 fraudulent Zelle transactions totaling $5,729. When I finally got a Truist agent on the phone, it was a different sort of conversation. Instead of reversing on the spot, she grilled me on my business practices then promised the issue would be investigated, mentioning it could be a few days before a resolution was rendered. No need to tell you my response (re-read my 1st letter).

This is a demand that Truist reverse those charges immediately. If someone needs to talk, leave a message because all unknown numbers are blocked.

Regards,

FM Haynie

Certified Mail

2021 CITY'S BEST AWARDS WINNER

Doc@DocWild.com

1469 Florawood Dr.
Columbia, SC
29204
(803) 605-9676

2022

DOCWILD
DESIGN/BUILD CONTRACTORS Trui

Exhibit C

5/26/26

William H Rogers Chairman & Chief Executive Officer
Truist Financial Center
214 N Tryon St
Charlotte, NC 28202

RE: Systemic Security Failure, Flawed 2FA Infrastructure, and Active Corporate Liability
DocWild Account 1410020648942

I have been a flawless, million-dollar client of your institution for 35 years, dating back to your legacy foundation. I am writing to you directly because Truist's aggressive migration toward automated compliance and branch-level de-authorization has created a catastrophic operational risk vacuum — one that cyber-criminals are currently exploiting to drain my business capital while your automated systems penalize me, the victim.

One year ago, my business was hit by a severe identity theft breach, putting Truist on formal notice that my credentials were targeted, costing $14,500 and beginning a 4 month accounting nightmare. Despite this heightened duty of care, Truist's security infrastructure suffered a secondary, systemic failure. Within a recent 72-hour window, 4/29/26, your system permitted 8 consecutive fraudulent Zelle transactions totaling $4,925 to process unchecked. Less than month later 6 fraudulent Zelle transactions cleared totaling $7,500, in a 24 hour period, completely draining and overdrawing my primary business operating account. I can't get any more detailed because Truist has locked me out of my account.

When I forced your front-line agents to escalate this investigation, I was met with the standard corporate defense: the transactions cleared your much-touted Multi-Factor Authentication (2FA) blanket.

Let me disabuse your executive suite of this dangerous technical ignorance. Your reliance on basic 2FA has become security theater that actively aids cyber-criminals while punishing their victims. Your automated security platform completely failed to flag fourteen rapid-fire outbound transfers that entirely contradict 35 years of account history. Your system then compounded this failure by permanently locking me — the legitimate account holder — out of my own account over a federal holiday weekend, leaving cyber-criminals as the only party with active access to my capital. Your

Doc@DocWild.com

1469 Florawood Dr.
Columbia, SC
29204
(803) 605-9676

2021 CITY'S BEST AWARDS WINNER

2022

algorithmic fraud detection is functionally blind, and your only demonstrable response was to penalize the victim.

Adding Insult to injury, being a founding partner in Zelle, when the transactions come through, Truist is privy to the name, number & bank account of the perpetrators & you withheld that information from law enforcement. It takes a nickels worth of coding to flag & block these transactions before they damage anyone.

By stripping your local branch managers of operational control and replacing human vigilance that worked with flawed automation, Truist has engineered an environment of negligent security. Your system actively permitted a known compromised profile to be looted, then automated the insult by applying overdraft penalties and canceled the credit line of a lifetime-perfect business account.

This case is no longer a routine customer service dispute. As someone with longstanding relationships within South Carolina's civic and political leadership, I am keenly aware of the regulatory and reputation channels available to amplify this matter at both the state and federal level. If Truist relies on the defense that an automated 2FA token absolves the bank of liability for a systemic network vulnerability, you are exposing a corporate flaw that shatters the public market's perception of Truist as a secure digital institution.

I demand the immediate manual restoration of $8,500 (includes $1,047 not yet recovered from round 1) to my business account and the absolute erasure of all associated overdraft fees within 48 hours.

If this capital is not restored by Thursday, May 28, 2026, at 5:00 PM EST, this file — complete with technical proof of your platform's systemic 2FA vulnerability — will be formally submitted as an evidentiary exhibit to the Consumer Financial Protection Bureau (CFPB), the Federal Trade Commission (FTC), and the Senate Banking Committee regarding Truist's ongoing failure to secure commercial deposits. Furthermore, I will instruct corporate legal counsel to initiate a formal suit for gross negligence and consequential business damages.

I expect an immediate response from your Executive Consumer Relations team to confirm processing.

Regards,

Frank Haynie

CC: Executive Consumer Relations

DOCWILD
DESIGN/BUILD CONTRACTORS

Exhibit D

5/1/26

To My Creditors,

I'm writing this to explain my new and really messed up life. For 20 years I had a flawless credit history with credit score of 812. I paid all of my bills on time every month..

Last year as a result of several Credit breaches, my identity was stolen, and my accounts were hacked. Truist, my bank, didn't think it necessary to tell me. I found out when an account was overdrawn and I went into the branch because online access was blocked. They didn't tell me what was going on, just that there was questionable activity, almost as if they suspected me. A week later, I was told there were several fraudulent Zelle transactions (I don't use Zelle) totaling nearly $30,000.

My brokerage account was hit as well and there the fraudster was successful in journaling $14,700 (three separate transactions) to 3 Bank Of America accounts in New York.

Subsequently, Truist transferred all my accounts to new accounts and we had to get new phones and phone numbers, basically turning my financial affairs upside down. Of course, all of my credit account payments bounced because they were drawn on the closed account. Truist didn't offer a method to redirect payments to a new account or even provide an explanation for why the payments bounced.

On the creditor side, most had difficulty changing my account number and phone number permanently. I couldn't login to correct their files because they all used the dead phone number to transmit access codes. It was a financial nightmare.

To make matters worse, the first of the year I fell and broke my leg, requiring major surgery. I've been immobile for two months and will continue for a couple more months. Being heavily sedated, I screwed up by trying to carry my account balances in my head (I couldn't access a computer). I journaled money to our home account to cover the unexpected medical bills. Big mistake, that caused my business account to be overdrawn. As I said, my financial affairs are FUBAR. I'm working on it as best I can.

I assure you everything will get paid!

Frank M Haynie

2021 CITY'S BEST AWARDS WINNER

Doc@DocWild.com
1469 Florawood DR
Columbia, SC
29204

(804) 605-9676

2022