# Notice of No Objection to R&R (ECF 28)

**UNITED STATES DISTRICT COURT**

**DISTRICT OF SOUTH CAROLINA**

**COLUMBIA DIVISION**

Frank M. Haynie, Docwild, LLC,

Plaintiffs,

v.

Truist Financial Corp., Truist Bank, Demetria Scott, Early Warning Services, LLC,

Defendants.

**C/A No. 3:26-cv-03590-RMG-WSB**

## PLAINTIFF FRANK M. HAYNIE'S NOTICE OF NO OBJECTION TO REPORT AND RECOMMENDATION (ECF No. 28) AND CLARIFICATION OF THE RECORD

Plaintiff Frank M. Haynie, proceeding pro se, respectfully submits this Notice in response to the Report and Recommendation entered September 30, 2026 (ECF No. 28), which Plaintiff received by mail on October 5, 2026.

1. **No objection.** The Report and Recommendation recommends that the Court deny Plaintiff's Motion to Remand to State Court (ECF No. 13). Plaintiff does not object to the Report and Recommendation and does not oppose its adoption by the District Judge.
2. **Prior withdrawal of the Motion to Remand.** On September 28, 2026, Plaintiff mailed to the Clerk of Court, by first-class United States Mail, a Notice of Withdrawal of Motion to Remand. The same day, Plaintiff sent a copy to counsel for Defendants Truist Financial Corporation and Truist Bank by email. The Report and Recommendation does not reference the Notice of Withdrawal, and Plaintiff believes the Notice had not reached the Court when the Report and Recommendation issued. A copy is attached as **Exhibit A**. Plaintiff reaffirms that withdrawal.
3. **Clarification regarding State Court filings.** The Report and Recommendation notes that the State Court docket reflects no filing by Plaintiff after removal (ECF No. 28 at 5–6). Plaintiff clarifies that on or about August [25/26], 2026, he tendered filings to the Clerk of Court for Richland County in Case No. 2026-CP-40-04600, including [an amended complaint and a notice of default]. By letter dated [DATE], the Clerk returned those filings, together with Plaintiff's filing fee, without docketing them. A copy of the Clerk's letter is attached as **Exhibit B**. Plaintiff recognizes that, under 28 U.S.C. § 1446(d), the State Court could take no further action after the notice of removal was filed there on August 21, 2026. Plaintiff offers this

clarification solely to explain the absence of those filings from the State Court docket, and not as an objection to any finding or recommendation.

WHEREFORE, Plaintiff respectfully requests that the Court note the record as clarified above. Plaintiff does not object to adoption of the Report and Recommendation (ECF No. 28).

Respectfully submitted,

Frank M. Haynie, Plaintiff, pro se
1469 Florawood Dr
Columbia, South Carolina 29204

Doc@Docwild.com
(803) 605-9676
October 7, 2026
Columbia, South Carolina 29204

## Exhibits

- **Exhibit A** — Notice of Withdrawal of Motion to Remand, mailed September 28, 2026
- **Exhibit B** — Letter from the Richland County Clerk of Court dated [DATE], returning Plaintiff's post-removal filings