Exhibit A

DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

FRANK M. HAYNIE and DOCWILD LLC,
Plaintiffs,

v.Civil Action No. 3:26-CV-03590-RMG-WSB

TRUIST BANK; TRUIST FINANCIAL CORPORATION; DEMETRIA SCOTT, Branch Manager; and EARLY WARNING SERVICES, LLC,
Defendants.

**NOTICE OF WITHDRAWAL OF MOTION TO REMAND**

Plaintiffs Frank M. Haynie and DocWild LLC, having reviewed Defendants' Response in Opposition to Plaintiffs' Motion to Remand (ECF No. 24) and the authorities cited therein, hereby withdraw their Motion to Remand (ECF No. [__]).

Plaintiffs' understanding, prior to reviewing Defendants' Response, was that removal remained subject to timely challenge and an opportunity to be heard before it became effective. Plaintiffs were surprised to learn that removal is effective upon filing, and that the "promptness" of notice to an adverse party under 28 U.S.C. § 1446(d) is measured independently of when that party actually learns of the removal. Having reviewed the authority Defendants cite on this point, Plaintiffs no longer contest that Defendants' notice was timely as a matter of law.

Plaintiffs respectfully request that the Court proceed accordingly. This withdrawal does not affect Plaintiffs' First Amended Complaint, filed September 24, 2026, or any other matter before the Court.

Respectfully submitted,

Frank M. Haynie, Pro Se
1469 Florawood Drive
Columbia, SC 29204
(803) 605-9676

Exhibit B

**JEANETTE W. McBRIDE**
Clerk of Court

**VIRGINIA F. BELCHER**
Chief Deputy Clerk of Court

MAILING ADDRESS:
POST OFFICE BOX 2766
COLUMBIA, S.C. 29202-2766

TELEPHONE:
Phone: (803) 576-1950
Fax: (803) 576-1785
TDD (803) 748-4999

**RICHLAND COUNTY CLERK OF COURT**
Richland County Judicial Center
1701 Main Street, Room 205
Columbia, S. C. 29201

Frank M. Haynie

9/22/26

We have received your inquiry and respond as follows:

[ ] We were unable to find a case with the name(s) and/or case number that you provided. If the case is a Richland County Case, please provide us with as much information as possible. (For example: a list of the full names of ALL parties in the case number and approximate filing date).

[ ] The document you requested was not in the referenced case file. If the document was a proposed Order, you may want to contact the Chief Administrative Judge or the Judge to whom you proposed this Order.

[ ] The record you requested is sealed by Court Order. A Court Order will be required to open the file. Please contact an attorney.

[ ] In order to obtain a transcript, send a written request to South Carolina Court Administration at 1015 Sumter Street, Suite 200, Columbia, S.C. 29201. You need to provide the case number, the Judge's name, and the date of the trial. If you have any questions, call 803.734.1800.

[ ] A $5.00 money order or law firm check and a self-addressed stamped envelope are required for copies of all documents that are less than 20 pages. For documents over 20 pages, please contact this office for an exact amount.

[ ] This office is not permitted to provide legal advice or legal forms. Please contact an attorney to assist you.

[ ] This office cannot assist you with your request. For assistance, please contact: ______

[X] Other: This case has been removed to District court. Please direct all fillings there. Thanks.

Sincerely,

Jeanette W. McBride, RC
Richland County Clerk of Court