9/24/26

Certificate of Service

**Civil Action No. 3:26-CV-03590-RMG-WSB**

I hereby certify that on September 24, 2026, I served a true and correct copy of the Notice of No Objection, Exhibit A & B upon the following via U.S. Mail, postage prepaid:

Wade Leach Esq
Council for Truist Bank
1221 Main St. 1800
Columbia, SC 29201

Early Warning Systems LLC
c/o Corporation Service Company
100 Coastal Drive, Suite 210
Charleston, SC 29492

Demtria Scott
process server, address unknown

**Signature block:**

/s/ Frank M. Haynie
Frank M. Haynie, Pro Se
1469 Florawood Dr
Columbia, SC 29204

Doc@Docwild.com
(803) 605-9676