**Dueling Magnolias**
1469 Florawood Dr.
Columbia, SC 29204

U.S. DISTRICT COURT
GREENVILLE, S.C.
OCT 13 2026
RECEIVED

COLUMBIA SC 290
8 OCT 2026 PM 4 L




ITEM X-RAYED BY
USMS
Date 10-13-26
Signature

US District Court
250 East North St. Ste 2300
Greenville, SC 29601

29601-211250