**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

Frank M. Haynie, Docwild, LLC,

Plaintiff,

v.

Truist Financial Corp. *et al.*,

Defendants.

Case No. 3:26-cv-3590-RMG

**ORDER**

This matter is before the Court upon the Report and Recommendation ("R&R") of the Magistrate Judge, recommending that Plaintiff's motion to remand (Dkt. No. 13) be denied. (Dkt. No. 28). Plaintiff was advised that he had 14 days to file written objections to the R & R and that a failure to timely file objections would result in clear error review and a waiver of the right to appeal the district court's order. (*Id*. at 7). Plaintiff timely filed a response to the R & R, advising the Court that he does not object to the R & R. (Dkt. No. 33).

Based on the foregoing, the R&R (Dkt. No. 28) is **ADOPTED** as the Order of the Court. Plaintiff's motion to remand (Dkt. No. 13) is **DENIED**.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

October 26, 2026
Charleston, South Carolina