UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Frank M. Haynie and DocWild LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Truist Bank, Truist Financial Corporation, Demetria Scott, and Early Warning Services, LLC,<br><br>Defendants. | Case No.: 3:26-CV-03590-RMG-TER |

**DEFENDANT EARLY WARNING SERVICES, LLC'S**
**MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

Defendant Early Warning Services, LLC ("EWS"), hereby moves the Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the claims against EWS in the First Amended Complaint ("FAC") filed by the Plaintiffs, Frank M. Haynie and DocWild LLC ("Plaintiffs"), on the grounds that the FAC fails to state a claim upon which relief can be granted against EWS. Each of Plaintiffs' claims against EWS fails as a matter of law and should be dismissed without leave to amend.

This Motion is based on the following: the accompanying Memorandum; the pleadings, records, and files in this action; such further oral or documentary arguments as may be presented at or before the hearing, if any, scheduled on this Motion; and any other matter the Court may deem appropriate.

Respectfully Submitted,

BARNWELL WHALEY PATTERSON & HELMS, LLC

BY: s/ Jeremy E. Bowers

JEREMY E. BOWERS (Fed. Bar ID No. 11112)
211 King Street, Suite #300 (29401)
Post Office Drawer H
Charleston, SC 29402-0197
PHONE: (843) 577-7700
FACSIMILE: (843) 577-7708
jbowers@barnwell-whaley.com

- AND -

Christopher Fredrich (*pro hac vice* to be submitted)
STEPTOE LLP
2029 Century Park East, Suite 980
Los Angeles, CA 90067
PHONE: 213-439-9400
cfredrich@steptoe.com

Ashley Mullen (*pro hac vice* to be submitted)
STEPTOE LLP
1133 Avenue of the Americas
New York, NY 10036
PHONE: 212-506-3900
amullen@steptoe.com

**ATTORNEYS FOR THE DEFENDANT, EARLY WARNING SERVICES, LLC**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Frank M. Haynie and DocWild LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Truist Bank, Truist Financial Corporation, Demetria Scott, and Early Warning Services, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 3:26-CV-03590-RMG-TER<br><br>**CERTIFICATE OF SERVICE** |

The undersigned certifies that on November 12, 2026, a true and correct copy of the foregoing Motion to Dismiss Plaintiffs' First Amended Complaint filed by the Defendant, Early Warning Services, LLC, was served on the following parties at the address indicated below by US Mail, postage prepaid, and by electronic mail, and on all other parties by ECF notification:

Frank M. Haynie
1469 Florawood Drive
Columbia, SC 29204

DocWild, Inc. f/k/a DocWild's LLC
c/o Registered Agent Frank M. Haynie
1469 Florawood Drive
Columbia, SC 29204
doc@docwild.com

s/ Jeremy E. Bowers
Jeremy E. Bowers (Fed. ID No. 11112)